IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Maxwell, Michael | Case Number: 07 B 09924 |
|---|---|---|
|  |  | Judge: Wedoff, Eugene R |
|  | Printed: 11/11/08 | Filed: 6/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 25, 2008
Confirmed: September 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,745.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 1,226.32 |
| Priority: |  | 3,065.77 |
| Administrative: |  | 2,074.00 |
| Trustee Fee: |  | 378.91 |
| Other Funds: |  | 0.00 |
| Totals: | 6,745.00 | 6,745.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Drexler | Administrative | 2,074.00 | 2,074.00 |
| 2. | Internal Revenue Service | Priority | 3,065.77 | 3,065.77 |
| 3. | Chicago Area Fed Credit Union | Unsecured | 29,297.52 | 1,226.32 |
| 4. | ECast Settlement Corp | Unsecured | 68.14 | 0.00 |
| 5. | FCNB Master Trust | Unsecured | 42.51 | 0.00 |
| 6. | Capital One | Unsecured | 82.06 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 2.08 | 0.00 |
| 8. | Merrick Bank | Unsecured | 89.80 | 0.00 |
| 9. | Toby Maxwell | Unsecured | 800.00 | 0.00 |
| 10. | Federated Retail Holdings Inc | Unsecured | 132.64 | 0.00 |
| 11. | Kim Maxwell | Unsecured | 240.00 | 0.00 |
| 12. | Capital One | Unsecured | 51.48 | 0.00 |
| 13. | Child Support Division | Priority |  | No Claim Filed |
| 14. | AAA Checkmate LLC | Unsecured |  | No Claim Filed |
| 15. | Maxwell & Associates Inc | Unsecured |  | No Claim Filed |
| 16. | Visa | Unsecured |  | No Claim Filed |
|  |  |  | $ 35,946.00 | $ 6,366.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 292.14 |
| 6.5% | 86.77 |
|  | $ 378.91 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Maxwell, Michael | Case Number:  07 B 09924 |
| | Judge:  Wedoff, Eugene R |
| Printed: 11/11/08 | Filed:  6/1/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

